﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/30/19

DOCKET NO. 190320-4752
DATE: December 31, 2019

REMANDED

Entitlement to service connection for residuals, broken left leg, is remanded.

Entitlement to service connection for diabetes mellitus is remanded.

REASONS FOR REMAND

The Veteran had active service from July 1969 to May 1978 with additional service in the Army Reserve from July 1969 to September 1982. 

1. Entitlement to service connection for residuals, broken left leg, is remanded.

The Veteran contends that he broke his left leg during reserve duty around 1976 which would qualify as an injury and therefore be covered for purposes of service connection compensation. 

The Veteran was previously denied entitlement to service connection for this issue and filed a request to reopen the claim which was again denied in a March 2015 rating decision. The Veteran submitted a form to opt-in to the RAMP process and the appeal was withdrawn and substituted under the new Appeals Modernization procedures and readjudicated in a February 2019 rating decision wherein the claim was reconsidered based on new and relevant evidence but the underlying claim was denied. The Veteran stated through his representative in the June 2019 brief to the Board that a broken leg is a condition capable of lay observation and as such the Veteran is entitled to service connection for a broken leg during active duty for training (ACDUTRA). Barr v. Nicholson, 21 Vet. App. 303 (2007). 

The Board does not dispute that a broken leg is a condition generally observable by lay persons, however, the Veteran’s records do not contain any relevant medical or other supporting documentation relating to a broken leg during the claimed time period. However, the Board notes that in 2015 and in January 2019, prior to the February 2019 rating decision, the Veteran informed the RO that he should have additional records at the Cade Armory in Baltimore, Maryland, the location of his Army Reserve duty station at the relevant time period. It is unclear from the records if the RO attempted to obtain these specific records. The RO should attempt to locate the records related to the time period in which the Veteran claims he broke his left leg during Reserve duty. Pub. L. No. 115-55, § 2(d)(2); 38 C.F.R. § 20.802(a). 

2. Entitlement to service connection for diabetes mellitus is remanded.

The RO previously denied entitlement to service connection for diabetes mellitus and the Veteran filed a request to reopen the claim which was again denied in a March 2015 rating decision. The Veteran submitted a form to opt-in to the RAMP process and the appeal was withdrawn and substituted under the new Appeals Modernization procedures and included in the issues listed in a February 2019 rating decision. However, it is unclear whether the issue of diabetes mellitus was reconsidered and denied as the issue of diabetes mellitus was not properly analyzed because evidence specific to the claim of entitlement to service connection for stroke was discussed in lieu of diabetes mellitus. Accordingly, the RO should issue a supplemental rating decision including an accurate analysis and determination on the issue of entitlement to service connection for diabetes mellitus. 

The matters are REMANDED for the following action:

1. Prior to the February 2019 rating decision on appeal, the Veteran identified relevant outstanding federal treatment records. A remand is required to allow VA to obtain these records. Please attempt to locate Army Reserve treatment records or other medical records related to the Veteran’s Reserve service around the year 1976 related to a broken left leg while he was attached to Cade Armory in Baltimore, Maryland. If such records cannot be located, prepare a memorandum to that effect. 

2. The AOJ did not properly adjudicate the issue of entitlement to service connection for diabetes mellitus included in the list of issues on the February 2019 rating decision. Therefore, the Board cannot adjudicate that issue. The AOJ is directed to reissue the rating decision or issue a supplemental rating decision with an analysis that includes discussion of evidence pertaining to the issue of reconsideration of entitlement to service connection for diabetes mellitus. 

 

 

J. Nichols

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board E. Miller

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.